Angel Getsov, Nevada Bar No. 14525
Michael Kind, Nevada Bar No. 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada
Phone: 702.337.2322
Fax: 702.329.5881
Email: mk@kindlaw.com
*Attorney for Plaintiffs and the Proposed Class*

Todd L. Bice, Esq., Nevada Bar No. 4534
TLB@pisanellibice.com
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Angela C. Agrusa (*pro hac vice forthcoming*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDGAR MEJIA AND DUJUN JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:24-cv-00081-APG-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT**<br>**(FIRST REQUEST)** |

1  Pursuant to LR IA 6-1, Plaintiffs Edgar Mejia and DuJun Johnson, and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of January 16, 2024 to and including March 11, 2024. This is the first stipulation for an extension of time to file MGM's responsive pleading.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently thirteen other related actions filed against MGM pending in the District of Nevada (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577; *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826; *Sloan v. Vici Properties Inc., et al.*, No. 2:23-cv-02042; *Righetti v. MGM Resorts Int'l*.

On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated putative class actions brought against MGM by individuals who allege their PII was compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019 Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1, notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF 186, 188. Plaintiffs in this action have opposed this effort because the 2019 Actions involved a different threat actor and different data.

The parties in the Related Actions are discussing this development in addition to the consolidation of the Related Actions. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions.

The Parties' request is made in good faith to enable the parties to finalize the joint motion for consolidation and conserve judicial and party resources. Moreover, this case is

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:24-CV-00081

2

in its infancy, and this request will not prejudice any party.

**WHEREAS** the Parties respectfully request that MGM shall have until March 11, 2024, to answer, move, or otherwise respond to the Complaint.

Dated:  January 12, 2024                              Respectfully submitted,

*/s/ Angel Getsov*
Angel Getsov
Michael Kind
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada
Phone: 702.337.2322
Fax: 702.329.5881
Email: mk@kindlaw.com

*Attorney for Plaintiffs and the Proposed Class*

*/s/ Todd L. Bice*
Todd L. Bice, Bar No. 4534
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
(*pro hac vice forthcoming*)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
Angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDGAR MEJIA AND DUJUN JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:24-cv-00081-APG-DJA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT** |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including March 11, 2024.

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/17/2024

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S
RESPONSE TO COMPLAINT
CASE NO. 2:24-CV-00081

1