UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR MEJIA and DUJUN JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>    Defendant | Case No.: 2:24-cv-00081-APG-DJA<br><br>**Order Striking Certificates of Interested Parties** |

    I ORDER that the plaintiffs' certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each plaintiff as required by the amendment to that rule.

    I FURTHER ORDER that defendant MGM Resorts International's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the defendant as required by the amendment to that rule.

    I FURTHER ORDER these parties to file a proper certificate of interested parties by January 31, 2024.

    DATED this 22nd day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE