Angel Getsov (Nevada Bar No. 14525)
Michael Kind (Nevada Bar No. 13903)
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada
Phone: 702.337.2322
Fax: 702.329.5881
Email: mk@kindlaw.com
*Attorney for Plaintiffs and the Proposed Class*

Todd L. Bice
**PISANELLI BICE PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Pro hac vice application forthcoming*

*Attorneys for Defendant*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDGAR MEJIA AND DUJUN JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:24-CV-00081-APG-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs Edgar Mejia and DuJun Johnson, and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of March 11, 2024 to and including April 10, 2024. This is the second stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on January 17, 2024. ECF No. 5.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently thirteen other related actions filed against MGM pending in this District (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577; *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826; *Sloan v. MGM Resorts Int'l, et al.*, No. 2:23-cv-2042; *Righetti v. MGM Resorts Int'l,* No. 2:23-cv-2064.

On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated putative class actions brought against MGM by individuals who allege their PII was compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019 Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1, notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF Nos. 186, 188. Plaintiffs in the Related Actions have opposed this effort because the 2019 Actions involved a different threat actor and different data. No order has issued on the notices filed by the plaintiffs in the 2019 Actions, and MGM has not responded to any other Complaint in the Related Actions.

The parties in the Related Actions are discussing this development in addition to the consolidation of the Related Actions. The parties in the Related Actions have also engaged

in preliminary information exchange that may avoid the need for certain motion practice, which would conserve judicial resources. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions.

The Parties' request is made in good faith to enable the parties to finalize the joint motion for consolidation and conserve judicial and party resources. Moreover, this case is in its infancy, and this request will not prejudice any party.

**WHEREAS** the Parties respectfully request that MGM shall have until April 10, 2024, to answer, move, or otherwise respond to the Complaint.

Dated:  March 7, 2024                                   Respectfully submitted,

By:  /s/ Angel Getsov
Angel Getsov
Michael Kind
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada
Email: mk@kindlaw.com

*Attorney for Plaintiffs and the Proposed Class*

By:  /s/ Todd L. Bice
Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 8, 2024